1 | CHRISTOPHER CHIOU
Acting United States Attorney
2 | District of Nevada
Nevada Bar Number 14853
3 | JEREMY STANTON ROBBINS
Special Assistant United States Attorney
4 | RICHARD B. CASPER
Assistant United States Attorney
5 | Nevada Bar Number 8980
400 South Virginia, Suite 900
6 | Reno, Nevada  89501
Phone: (775) 784-5438
7 | jrobbins@uspsoig.gov
Richard.casper@usdoj.gov
8 | *Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-CR-00031-RCJ-CLB |
| Plaintiff, | |
| v. | **ORDER Amending Restitution Amount** |
| RUSSELL FRANCIS MARKS, | |
| Defendant. | |

Based on the JOINT STIPULATION of the parties, IT IS ORDERED that the correct the amount of restitution owed is $33,667.

DATED: May 13, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE