PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.   Crim No. 3:20CR00031

Russell Francis Marks

On May 11, 2021 the above named was placed on probation for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. The U.S Attorney's Office has no opposition to Marks' early termination request. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Briana Casey  
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 25th day of October, 2023.

Robert C. Jones  
Senior United States District Judge